UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenita Bell, | Case No. 1:20-cv-04154 |
| Plaintiff, | |
| v. | Honorable Ronald A. Guzman |
| I.Q. Data International, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expect to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: August 3, 2020

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
Hyslip Legal, LLC
1100 W. Cermak Rd., Suite 514
Chicago, IL 60608
Phone: 614-490-6491
jeffrey@hysliplegal.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2020, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:

Paul Gamboa, Esq.
GORDON REES SCULLY MANSUKHANI
One North Franklin, Suite 800
Chicago, IL 60606

*Counsel for Defendant*

/s/ Jeffrey S. Hyslip