UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenita Bell, | Case No. 1:20-cv-04154 |
| Plaintiff, | |
| v. | Honorable Ronald A. Guzman |
| I.Q. Data International, Inc., | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date: September 23, 2020

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
Hyslip Legal, LLC
1100 W. Cermak Rd., Suite 514
Chicago, IL 60608
Phone: 614-490-6491
jeffrey@hysliplegal.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:

Paul Gamboa, Esq.
GORDON REES SCULLY MANSUKHANI
One North Franklin, Suite 800
Chicago, IL 60606

*Counsel for Defendant*

/s/ Jeffrey S. Hyslip